[No. 11615-8-III.   Division Three.   May 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT G. WALLINGER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00038-1, Albert J. Yencopal, J., entered May 3, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 14098-5-II.   Division Two.   May 6, 1993.]

CARL W. PRICE, ET AL, *Appellants*, v. KITSAP TRANSIT, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-2-01384-9, James D. Roper, J., entered July 13, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Seinfeld, JJ. Now published at 70 Wn. App. 748.

[No. 15778-1-II.   Division Two.   May 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TJUAN BLYE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-8-00484-0, Leonard W. Costello, J. Pro Tem., entered February 6, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.